UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MAYRA F. PENA,<br>PLAINTIFF | :<br>:<br>:<br>: |
| v. | :    C.A. No. 15-CV-00179-S-LDA |
| | :<br>: |
| HONEYWELL INTERNATIONAL INC.,<br>DEFENDANT. | :<br>:<br>: |

### PLAINTIFF'S OPPOSITION TO DEFENDANT HONEYWELL, INC.'S MOTION FOR SUMMARY JUDGMENT (DOC. NO. 27)

Now comes Mayra Pena, the plaintiff in the above-entitled matter, pursuant to Rule 56 of the Federal Rules of Civil Procedure and L.R. cv 56 of the Local Rules of the United States District Court for the District of Rhode Island, by and through her attorneys, and hereby submits this Opposition to Defendant Honeywell, Inc.'s Motion for Summary Judgment (Doc. Nos. 27).

As grounds for her opposition, Pena relies on her memorandum of law filed herewith and incorporated by reference herein.

                                            MAYRA PENA
                                            By Her Attorneys,

                                            /s/Mark P. Gagliardi
                                            Mark P. Gagliardi (#6819)
                                            mark@gagliardilaw.net

                                            /s/Alicia M. Connor
                                            Alicia M. Connor (#9515)
                                            alicia@gagliardilaw.net

                                            LAW OFFICE OF MARK P. GAGLIARDI
                                            120 Wayland Avenue, Suite 7
                                            Providence, RI 02906
                                            (401) 277-2030
                                            (401) 277-2021 (fax)

Dated: March 28, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2017, I caused the foregoing document to be electronically filed with the Court's CM/ECF system. The following counsel-of-record have been served by electronic means.

Neal J. McNamara
nmcnamara@nixonpeabody.com

Aaron F. Nadich
anadich@nixonpeabody.com

Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903-1345

/s/Mark P. Gagliardi