UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAYRA F. PENA,<br>PLAINTIFF | : | |
| v. | : | C.A. No. 15-CV-00179-S-LDA |
| HONEYWELL INTERNATIONAL INC.,<br>DEFENDANT. | : | |

ADDENDUM TO PLAINTIFF'S OPPOSITION TO DEFENDANT HONEYWELL, INC.'S
MOTION FOR SUMMARY JUDGMENT (DOC. NO. 33)

Now comes Mayra Pena, the plaintiff in the above-entitled matter, pursuant to Rule 56 of the Federal Rules of Civil Procedure and L.R. cv 56 of the Local Rules of the United States District Court for the District of Rhode Island, by and through her attorneys, and hereby submits this Addendum to Plaintiff's Opposition to Defendant Honeywell, Inc.'s Motion for Summary Judgment (Doc. Nos. 27) for the purpose of filing: (1) the Affidavit of Mayra Pena; and (2) the Excerpted Deposition Transcripts of Mayra Pena, Jose Gouveia, Connor Ryan, Kevin Dyer, James E. Greer, M.D., and Elizabeth A. Jennison, M.D.

> MAYRA PENA
> By Her Attorneys,
>
> /s/Mark P. Gagliardi
> Mark P. Gagliardi (#6819)
> mark@gagliardilaw.net
>
> /s/Alicia M. Connor
> Alicia M. Connor (#9515)
> alicia@gagliardilaw.net
>
> LAW OFFICE OF MARK P. GAGLIARDI
> 120 Wayland Avenue, Suite 7
> Providence, RI 02906
> (401) 277-2030
> (401) 277-2021 (fax)

Dated: March 29, 2017

### CERTIFICATE OF SERVICE

I hereby certify that on this <u>29</u>th day of March 20<u>17</u>, I caused the foregoing document to be electronically filed with the Court's CM/ECF system. The following counsel-of-record have been served by electronic means.

Neal J. McNamara
nmcnamara@nixonpeabody.com

Aaron F. Nadich
anadich@nixonpeabody.com

Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903-1345

/s/Mark P. Gagliardi