# EXCERPTED DEPO. TR.
# KEVIN DYER

12/12/2016

Kevin Dyer

1

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND


MAYRA F. PENA                           :

                                        :

Vs.                                     :

                                        :   C.A. NO.:  15-CV-00179-S-LDA

                                        :

HONEYWELL INTERNATIONAL, INC.:


DEPOSITION OF KEVIN DYER

Monday, December 12, 2016

4:00 p.m. - 6:00 p.m.

Law Office of Mark P. Gagliardi, LLC

120 Wayland Avenue, Suite 7

Providence, RI  02906


- - -   COPY


Linda J. Faria  CSR

Premier Legal Support

536 Atwells Avenue

Providence, RI  02909

(401) 352-6869

1     out parts faster or slower, could they?

2          A. No.

3          Q. So they had no control as to when the parts were gonna

4     come out.  They couldn't control it?

5          A. No, it would just come out like I said on a cycle.

6          Q. The workers, the assembler associates in moulding had

7     no control over the flow of the work; is that correct?

8          A. Flow?

9          Q. Yes.

10         A. Cycle time.

11         Q. Over the cycle time.

12         A. Cycle time.

13         Q. Is that correct?  Yes?

14         A. They couldn't control the machinery.

15         Q. And what about in other areas of the plant, could

16    workers control the cycle time in other areas?

17         A. Depends in what area you're in.  Some areas were not

18    machine driven.  I mean, some areas you just had like a bunch

19    of parts in front of you and you put them together, you know.

20    So some of it was not machine driven.

21         Q. Okay.  What about in HEPPA or the respiratory room,

22    was the flow of the work -- could the workers control the flow

23    of the work in that area?

24         A. They could, yes.

12/12/2016                                                    Kevin Dyer

41

1   trained at what time, I don't know by name.  I can't answer

2   that.

3       Q. Who made the decision to implement the cross-training

4   program?

5       A. It was a business director from day one.  Data

6   Versatile Law Workforce.

7       Q. Okay.  Did they explain to you why they wanted to

8   implement that policy?

9       A. Yes.

10      Q. What was the reason they gave you?

11      A. In case somebody was out, vacation, this, that.  We

12  need to move people with business needs.  You know, you might

13  get an order that comes in for 50,000 of this and you need to

14  move everybody there tomorrow.

15      Q. Okay.  So it wasn't necessarily that you would need

16  somebody to work in a department for permanently but just sort

17  of an as-need basis, correct?

18      A. Yes.

19      Q. Sort of like a substitute teacher in a school?

20      A. Yes.

21      Q. Do you remember who made the decision to assign Miss

22  Pena to work in moulding?

23      A. No, everybody was assigned that was in the different

24  departments going in there.

1      A. No.

2      Q. Did you notify Mr. Gouveia that Pena did not want to

3  work in moulding?

4      A. Yeah, I probably went to Joe on it.

5      Q. Do you remember any conversations you had with Mr.

6  Gouveia?

7      A. No, I don't.

8      Q. Let's look at the sixth paragraph down, and I'm just

9  going to use people's last names because they're both named

10 Mayra.  Did you ask Fermin why Pena did not want to work in

11 moulding?

12     A. I don't remember.

13     Q. Okay.  It says here that Fermin claims Pena told her

14 she did not like working there.

15     A. Okay.

16     Q. Is that accurate?

17     A. I don't know.  Like I said, I don't remember exactly

18 what she said to me.

19     Q. In your experience as a shift supervisor, is that

20 unusual for an employee to tell a supervisor they don't want

21 to work in an area?

22        MR. MCNAMARA:  Objection.

23     A. Yes.

24     Q. In your experience, has that ever happened before

1    other than this time?

2         A. Not that I can remember.

3         Q. So in 39 years of working as a shift supervisor, have

4    there been any other times other than this where an assembler

5    associate told you they didn't want to work in a department?

6         A. Not that I can remember.

7         Q. Okay.  So you would agree with me this was very

8    unusual?

9              MR. MCNAMARA:  Objection.

10        A. Yeah, I guess.

11        Q. Okay.  It's basically insubordination, right?

12             MR. MCNAMARA:  Objection.

13        A. I don't know.  That was not brought up, so.

14        Q. Did you ask -- did you go to Pena and ask her why?

15        A. I don't remember, really.

16        Q. You must have been curious, right?

17        A. Um, it depends.  If she was screaming and yelling, she

18   would have went straight to Joe's, you know.

19        Q. Fifth paragraph down.  On the same conversation, Mayra

20   added that she was diabetic and the breaks were 15 and 30

21   minutes apart from her lunch and she could not be 15 minutes

22   late for her coffee, another 30 minutes late for her lunch

23   break.  Do you recall any discussion with Fermin or anyone

24   else about Pena having diabetes?

12/12/2016                                          Kevin Dyer

58

1    their lawyer, upper management ever say to you, "Kevin, we

2    want you to try to find an accommodation for Mayra Pena's

3    mental impairment"?

4         A. No.

5         Q. Was it feasible for Honeywell to just keep Mayra Pena

6    in HEPPA and leave her there --

7              MR. MCNAMARA:  Objection.

8         Q. -- in 2013?

9         A. Um, from a business standpoint?  I mean, we had to be

10   versatile and move people to different places and to fairness

11   of all other employees that are crossed trained.  I mean, you

12   know, no, we never left anybody in one area working all the

13   time.

14        Q. But my question is, was it feasible to do that?

15        A. Was it feasible?

16        Q. Yes.

17             MR. MCNAMARA:  Objection.

18        A. I don't know.  I don't know.

19        Q. Well, what happened in that two week period from

20   February 21st to March 7th when Mayra Pena refused to work in

21   moulding?

22        A. I don't know where she was located.  I can't remember

23   that.

24        Q. Isn't it true that you took somebody else and put them

12/12/2016

Kevin Dyer

54

1        A. Because I didn't.

2        Q. Did Mr. Gouveia ask her?

3        A. Don't know.

4        Q. Okay.   To your knowledge, did any employees complain

5    about Mayra Pena not working in moulding?

6        A. Um, I heard it.   Rumors to it, let's put it that way,

7    yes.

8        Q. You heard it?

9        A. Yes.

10       Q. Do you know who complained about her not working in

11   moulding?

12       A. No, because it was like secondhand information.   It

13   was just like rumors to it.

14       Q. Who told you that?   Who did you hear these rumors

15   from?

16       A. Um, I heard it once from I think Sandra Sical told me

17   once that she was telling everybody in the building that she

18   didn't want to work in moulding.   I said to ignore it.   It's

19   secondhand talk.   That's all it is.

20       Q. Did these rumors circulate after February 21st, 2013?

21       A. I don't know what dates it was.

22       Q. Well, did the rumors circulate after she refused to

23   work in moulding?

24       A. Again, I don't know if it was during or after.   I'm

12/12/2016

Kevin Dyer

59

1      in moulding someone other than Mayra Pena?

2             MR. MCNAMARA:  Objection.

3         A. I don't know that.  I don't know.

4         Q. Well, didn't you testify that the company had to put

5      somebody in moulding and couldn't leave --

6         A. For the one day we talked about when she had a

7      problem.  That's what would have happened.  For one day we

8      would have done that.

9         Q. Well, for that two-week period, was there just one

10     less person working in moulding?

11        A. I don't know.

12        Q. Didn't you testify that was not possible, you always

13     had to have moulding filled?

14        A. You do have to have it always filled.  But one day you

15     might have 25 machines going.  The next day it might be 24.

16     It could be 23.  It could be 22.  You know, it changes daily

17     on what's going on.  So the machines do run, yes.  They don't

18     stop.

19        Q. Right.  And for that two-week period, Honeywell just

20     took another worker other than Mayra Pena and put them in

21     moulding, right?

22            MR. MCNAMARA:  Objection.

23        A. I don't know.

24        Q. You don't know?