# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAYRA F. PENA, | : | |
|     PLAINTIFF | : | |
| | : | |
| | : | |
| v. | : | C.A. NO. 15-CV-00179-WES-LDA |
| | : | |
| | : | |
| HONEYWELL INTERNATIONAL INC., | : | |
|     DEFENDANT. | : | |
| | : | |

### PLAINTIFF MAYRA PENA'S OBJECTION TO MAGISTRATE JUDGE LINCOLN D. ALMOND'S SEPTEMBER 22, 2017 REPORT AND RECOMMENDATION ON DEFENDANT HONEYWELL INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGMENT (DOC. NO. 42)

Now comes Mayra Pena, the plaintiff in the above-entitled matter, pursuant to Rule 72(b) of

the Federal Rules of Civil Procedure and L.R. cv 72(d) of the Local Rules of the United States

District Court for the District of Rhode Island, by and through her attorney, and hereby objects to

Magistrate Judge Lincoln D. Almond's September 22, 2017 Report and Recommendation on

Defendant Honeywell International, Inc.'s Motion for Summary Judgment (the "R & R") (Doc. No.

42).

As grounds for her objection, Plaintiff relies on her Memorandum of Law filed herewith and

incorporated by reference herein.

MAYRA PENA
By Her Attorney,
/s/Mark P. Gagliardi
Mark P. Gagliardi (#6819)
mark@markgagliardilaw.net

LAW OFFICE OF MARK P. GAGLIARDI
120 Wayland Avenue, Suite 7
Providence, RI 02906
(401) 277-2030
(401) 277-2021 (fax)

Dated: October 6, 2017

CERTIFICATE OF SERVICE

I hereby certify that on this **6**th day of October 20**17**, I caused the foregoing document to be electronically filed with the Court's CM/ECF system.  The following counsel-of-record have been served by electronic means.

Neal J. McNamara
nmcnamara@nixonpeabody.com

Aaron F. Nadich
anadich@nixonpeabody.com

Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903-1345

/s/Mark P. Gagliardi