UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAYRA F. PENA,<br>PLAINTIFF | : | |
| | : | |
| | : | |
| | : | |
| v. | : | C.A. NO. 15-CV-00179-S-LDA |
| | : | |
| | : | |
| HONEYWELL INTERNATIONAL INC.,<br>DEFENDANT. | : | |
| | : | |
| | : | |

NOTICE OF APPEAL PURSUANT TO FED. R. APP. P. 4

Plaintiff Mayra F. Pena, by and through her attorney, pursuant to Rule 4 of the Federal Rules of Appellate Procedure, hereby appeals to the United States Court of Appeals for the First Circuit the following orders of this Honorable Court:

(1)     Magistrate Judge Lincoln D. Almond's September 22, 2017 Report & Recommendation (Doc. No. 42) recommending that the Court grant Defendant's Motion for Summary Judgment (Doc. No. 50);

(2)     Grant of Defendant's Motion for Summary Judgment (Doc. No. 50) entered on January 29, 2018, adopting Magistrate Judge Lincoln D. Almond's September 22, 2017 Report & Recommendation (Doc. No. 42); and

(3)     Clerk's Judgment for Defendant and against Plaintiff entered on January 29, 2018 (Doc. No. 51).

MAYRA F. PENA
By Her Attorney,

/s/Mark P. Gagliardi
Mark P. Gagliardi (#6819)
mark@markgagliardilaw.net

LAW OFFICE OF MARK P. GAGLIARDI
201 Wayland Avenue, Suite 8
Providence, RI 02906
(401) 277-2030
(401) 277-2021 (fax)

Dated:  February 23, 2018

## CERTIFICATION

I hereby certify that on this **23rd** day of February, 20**18**, I filed electronically this document with the Clerk of the U.S. District Court for the District of Rhode Island and, therefore, all counsel-of-record has received notice electronically.

/s/Mark P. Gagliardi