

# UNITED STATES DISTRICT COURT
*District of Rhode Island*

### CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
### ABBREVIATED ELECTRONIC RECORD

| Case Information | |
|---|---|
| Case Caption: | vs. |
| District Court Number: | Presiding Judge: |
| Notice of Appeal filed by: | Notice of Appeal å[ &˘ { ^} oÁnumber: |
| Appeal from: | |
| Other information: | |
| Fee status: | Pro se case:   Yes   No |
| Emergency or requires expedition: | *If yes, reason:* |

| Record Information | |
|---|---|
| Motions Pending   Yes   No | |
| *If yes, document #* | |

Other record information:

Related caseÇ Don appealK

| Certification |
|---|

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

Á
Á

**HANORAH TYER-WITEK**
Clerk of Court

Date:                                                                                                          _____
                                                                                                                       Deputy Clerk