# United States Court of Appeals
## For the First Circuit

No. 18-1164

MAYRA F. PENA,

Plaintiff, Appellant,

v.

HONEYWELL INTERNATIONAL, INC.,

Defendant, Appellee.

**JUDGMENT**

Entered: April 26, 2019

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Mark P. Gagliardi
Neal J. McNamara
Jessica S. Jewell
Aaron F. Nadich